EVELYN CHASE, Respondent, v. ELIZABETH A. BROWN, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

JOHN CURRAN, as Administrator, etc., of ELIZABETH CURRAN, Deceased, Respondent, v. THE WHITE PLAINS PLUMBING SUPPLY COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam, and Kelly, JJ.

EDWIN W. FISKE, Doing Business as EDWIN W. FISKE REALTY COMPANY, Respondent, v. GRACE B. SIMMS, Appellant.— Judgment and order of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

CHARLES E. FLOOD, as Administrator, etc., of MARGARET M. FLOOD, Deceased, Respondent, v. GOTHAM CAN COMPANY, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

JEROME GOLDBERG and ISIDORE GOLDBERG, Copartners, etc., Respondents, v. " MAX " HIGHLIEB, First Name " Max " Fictitious, etc., as President, and Another, as Treasurer, of Fancy Leather Goods Workers' Union, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

ALICE HAEDRICH, Respondent, v. LOUIS HAEDRICH, Appellant.— Order affirmed, with ten dollars costs and disbursements, and stay of October fourth, granted pending appeal, vacated. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of the Application of RALPH J. D'AMATO, Appellant, Requiring the REPUBLICAN COMMITTEE OF KINGS COUNTY, Respondent, to Consider and Act on His Nomination as Member of the Said Committee from the Fourth Election District of Kings County.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

In the Matter of the Application for Letters of Guardianship of the Person and Property of ELLEN C. LAMBERT and EMMA H. LAMBERT, Infants under the Age of Fourteen Years. DORA EDWARDS, Appellant; JOE RIEGLINGER, Respondent.— Order of the Surrogate's Court of Westchester county affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of REBECCA M. WILKINS, an Alleged Incompetent Person, Appellant. BERTRAM G. EADIE, Committee, etc., Respondent.— Order of the County Court of Richmond county denying motion to vacate order for commission in incompetency proceedings and the proceedings had thereunder reversed, with ten dollars costs and disbursements, and motion granted. The proceedings were, to say the least, irregular and void, owing to lack of notice to the alleged incompetent. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur. ` Settle order on notice.

WILLIAM J. MORGAN, Respondent, v. SAGAMORE DEVELOPMENT COMPANY,

Appellant. (Action No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion granted, without costs, in accordance with opinion in *Morgan* v. *Sagamore Development Co.*, *No. 1* (*ante*, p. 475), decided herewith. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

WILLIAM J. MORGAN, Respondent, v. SAGAMORE DEVELOPMENT COMPANY, Appellant. (Action No. 3.) — Order reversed, with ten dollars costs and disbursements, and motion granted, without costs, in accordance with opinion in *Morgan* v. *Sagamore Development Co.*, *No. 1* (*ante*, p. 475), decided herewith. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

WILLIAM J. MORGAN, Respondent, v. FRANK E. GATES, Appellant. (Action No. 7.) — Order reversed, with ten dollars costs and disbursements, and motion granted without costs, in accordance with opinion in *Morgan* v. *Sagamore Development Co.*, *No. 1* (*ante*, p. 475), decided herewith. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

WILLIAM J. MORGAN, Respondent, v. WILLIAM G. HAMILTON, Appellant. (Action No. 8.) — Order reversed, with ten dollars costs and disbursements, and motion granted, without costs, in accordance with opinion in *Morgan* v. *Sagamore Development Co.*, *No. 1* (*ante*, p. 475), decided herewith. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

HANNAH L. KELLY, Respondent, v. THE EMPIRE CONSTRUCTION COMPANY, Appellant, and THE NASSAU ELECTRIC RAILROAD COMPANY, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

THOMAS J. KELLY, Respondent, v. THE EMPIRE CONSTRUCTION COMPANY Appellant, and THE NASSAU ELECTRIC RAILROAD COMPANY, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD MILLER, Appellant.— Judgment of the County Court of Westchester county affirming a judgment of conviction of the Court of Special Sessions of the City of Yonkers affirmed. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM KNOTE, Relator, v. RICHARD ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

EUGENE A. RUDIGER and JOHN M. RUDIGER, Respondents, v. JAMES S. COLEMAN, Defendant, Impleaded with JULES BREUCHAUD and Another, Appellants.— Order of June 2, 1920, modified by eliminating therefrom all the decretal part thereof, and also the recitals contained in the paragraph or subdivision thereof numbered 3 therein, and inserting in place thereof: Ordered that the order and judgment of the Court of Appeals be and hereby is made the order and judgment of this court. The interlocutory judgment filed and entered June 2, 1920, is modified by eliminating therefrom the recitals and decretal part in and following the paragraph or subdivision numbered 3 therein, and inserting in place thereof: Further adjudged that